UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Villanueva-Garibay, Jorge | Docket No. | 0980 2:20CR00011-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jorge Villanueva-Garibay, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of March 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition #18:** Refrain from any use of alcohol.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by committing a new law violation of driving under the influence (DUI), in violation of Revised Code of Washington (RCW) 46.61.502, on November 20, 2021.

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions, which included standard condition number 1, as noted above. He was provided with a copy of the release order via email.

According to the Washington State Patrol (WSP) narrative report for incident 21-019807, the following occurred: On November 20, 2021, WSP received multiple calls about a black Infinity vehicle driving erratically on State Route 97A in Chelan County. An off duty officer witnessed the defendant driving off the road and into oncoming traffic, almost causing multiple head-on collisions. A WSP deputy located the vehicle and pulled the vehicle over and contacted the driver. The deputy observed the driver to have droopy/watery eyes and a very strong odor of intoxicants. The defendant stated he had one beer before driving; the deputy observed a case of opened Coors Light beer on the floor.

The defendant provided a preliminary breath test (PBT) and he blew a .150 on the PBT. WSP arrested the defendant for DUI and transported him to Chelan County Jail for a blood alcohol concentration (BAC) test. The defendant submitted to the breath test at Chelan County Jail and his BAC was measured at .140 and .153.

**Re: Villanueva-Garibay, Jorge**
**November 30, 2021**
**Page 2**

**Violation #2:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by consuming alcohol on November 20, 2021.

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions, which included additional condition number 18, as noted above. He was provided with a copy of the release order via email.

On November 23, 2021, Mr. Villanueva-Garibay called this officer and admitted to consuming alcohol on November 20, 2021, which lead to his arrest for DUI.

**Violation #3:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by failing to provide a random urine test at the The Center For Alcohol and Drug Treatment Services (The Center) on a November 29, 2021.

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions, which included additional condition number 27, as noted above. He was provided with a copy of the release order via email.

On May 5, 2020, Mr. Villanueva-Garibay reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. On October 1, 2020, he was instructed to call The Center colorline system and when his color is called, he is to report to The Center and submit to a drug screen.

On November 29, 2020, this officer learned Mr. Villanueva-Garibay had failed to report to The Center for his colorline urinalysis. This officer spoke with Mr. Villanueva-Garibay about the missed urinalysis. Mr. Villanueva-Garibay explained that he did not call the colorline and he was unaware he had to report for a urinalysis.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:    November 30, 2021 |
|  | by | s/Phil Casey |
|  |  | Phil Casey<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/2/21
Date