No ⬧ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villanueva-Garibay, Jorge | Docket No. | 0980 2:20CR00011-RMP-1 |

### Petition for No Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jorge Villanueva-Garibay, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of March 2020, under the following conditions:

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by consuming marijuana on or about August 26, 2022.

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions, which included Standard Condition of release number 9, as noted above. He was provided with a copy of the judgment via email.

On August 26, 2022, Mr. Villanueva-Garibay reported The Center for Alcohol and Drug Treatment for a random drug test. The drug test was sent to the laboratory for testing. On August 29, 2022, the laboratory report returned and showed positive results for marijuana. On August 31, 2022, this officer contacted Mr. Villanueva-Garibay and he admitted to consuming marijuana on or about August 26, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 2, 2022 |
| by | s/Phil Casey |
|  | Phil Casey |
|  | U.S. Pretrial Services Officer |

PS-8

**Re: Villanueva-Garibay, Jorge**
**September 2, 2022**
**Page 2**

THE COURT ORDERS

- [X] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other



Signature of Judicial Officer

September 2, 2022

Date