# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2023

SEAN F. McAVOY, CLERK

U.S.A. vs.            Villanueva-Garibay, Jorge            Docket No.        0980 2:20CR00011-RMP-1

**Petition for No Action on Conditions of Pretrial Release**

     COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jorge Villanueva-Garibay, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of March 2020, under the following conditions:

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by consuming marijuana on or about March 31, 2023.

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions, which included standard condition of release number 9, as noted above. He was provided with a copy of the release order setting conditions of release via email.

On April 5, 2023, Mr. Villanueva-Garibay reported to The Center for Alcohol and Drug Treatment for a random drug test. The drug test was presumptive positive for the presence of marijuana and was sent to the laboratory for testing. After providing the presumptive positive drug test, Mr. Villanueva-Garibay called this officer and admitted to taking a hit of marijuana on or about March 31, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  April 10, 2023 |
| by | s/Phil Casey |
|  | Phil Casey<br>U.S. Pretrial Services Officer |

**Re: Villanueva-Garibay, Jorge**
**April 10, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/12/2023

Date