# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villanueva-Garibay, Jorge | Docket No. | 0980 2:20CR00011-RMP-1 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jorge Villanueva-Garibay, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of March 2020, under the following conditions:

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Conditions of Release #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month**.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Per COVID-19 procedures, Mr. Villanueva-Garibay's pretrial release conditions were reviewed with him on March 26, 2020. He verbally acknowledged an understanding of his conditions. He was provided with a copy of the release order setting conditions of release via email.

**Violation #1:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by consuming marijuana on or about June 16, 2023.

On June 12, 2023, Mr. Villanueva-Garibay failed to report to The Center for Alcohol and Drug Treatment (The Center) for a random drug test. This officer contacted Mr. Villanueva-Garibay to discuss the fact he missed his random drug test and Mr. Villanueva-Garibay stated he was sick and could not report when his color was called. Mr. Villanueva-Garibay was directed to report to The Center by June 16, 2023, to provide a drug test.

On June 16, 2023, Mr. Villanueva-Garibay provided a drug test at The Center and the sample was sent to the laboratory for testing. On June 18, 2023, The Center received a laboratory report showing positive result for the presence of marijuana. Mr. Villanueva-Garibay was asked about the positive drug test and he denied consuming marijuana since March 31, 2023.

Re: Villanueva-Garibay, Jorge
June 22, 2023
Page 2

**Violation #2:** Jorge Villanueva-Garibay is alleged to be in violation of his pretrial release conditions by attempting to obstruct or tamper with the efficiency and accuracy of substance abuse testing, between March 31 and June 16, 2023.

On June 21, 2023, Mr. Villanueva-Garibay called this officer and reported he has been using his brother's urine to pass his random drug tests. Mr. Villanueva-Garibay stated he has been using his brother's urine since his last positive drug test on March 31, 2023. He reported the drug test he provided on June 16, 2023, was his own urine and it was still positive from his last admitted use of marijuana on March 31, 2023.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    June 22, 2023

by    s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/22/23

Date