PROB 12C
(6/16)

Report Date: June 7, 2024

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jorge Villanueva-Garibay | Case Number: 0980 2:20CR00011-TOR-1 |
| Address of Offender: ███████ Wenatchee, Washington 98801 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 24, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 (a)(1), (2) | | |
| Original Sentence: | Prison - 156 days<br>TSR - 12 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 24, 2023 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: October 23, 2024 | |

### PETITIONING THE COURT

To issue a warrant.

Mr. Villanueva-Garibay met with a United Stated Probation Officer on November 3, 2023, and reviewed the conditions of supervised release. Mr. Villanueva-Garibay acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions by committing a new crime of third degree driving with a suspended licence, in violation of the Revised Code of Washington (RCW) 46.20.342.1C on June 4, 2024.<br><br>A summary of the Wenatchee Police Department (WPD) incident report 24W10198, reflects that on June 4, 2024, WPD responded to an unknown injury accident in the area of Ferry Street and Walker Avenue. Reporting parties stated a white vehicle was driving recklessly, crashed into two vehicles, and the driver of the white vehicle was fleeing the scene on foot.<br><br>WPD located the driver of the white vehicle and later identified him as Jorge Villanueva-Garibay. WPD contacted Mr. Villanueva-Garibay and observed fresh cuts on his hands, |

Prob12C
Re: Villanueva-Garibay, Jorge
June 7, 2024
Page 2

blood on his shirt, and blood on his pants. He was unsteady on his feet, slurring his words, was repetitive with his words, and there was a extreme odor of intoxicants coming from him. Mr. Villanueva-Garibay's eyes were also bloodshot and watery.

WPD asked Mr. Villanueva-Garibay why he fled from the scene of the crash, he made comments about having issues with this wife and he had no excuses. He also reported he blacked out and did not remember the accident. As WPD was preparing to ask Mr. Villanueva-Garibay to perform voluntary field sobriety tests, he was asked if he understood his rights; he stated he did not and requested WPD to read him his rights again. Mr. Villanueva-Garibay was placed under arrest for driving under the influence (DUI). WPD confirmed the vehicle he was driving did not have an ignition interlock system installed.

Mr. Villanueva-Garibay was transported to the emergency room for evaluation and then was transported to Chelan County Jail after he was medically cleared for booking. While Mr. Villanueva-Garibay was at the hospital, a blood draw was completed and two vials of blood were sent to the Washington State Toxicology Lab for testing.

Mr. Villanueva-Garibay bailed out of the Chelan County Jail on June 6, 2024, and his next court date is June 18, 2024, in Chelan County District Court, case Number 4A0343669.

2   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions by operating a vehicle without an ignition interlock, in violation of RCW 46.20.740, on June 4, 2024.

See violation #1 for supporting evidence.

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions for DUI, in violation of RCW 46.61.502, on June 4, 2024.

See violation #1 for supporting evidence.

4   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions by leaving the scene of an accident/hit and run attended vehicle, in violation of RCW 46.52.020 on June 4, 2024.

See violation #1 for supporting evidence.

5   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions by consuming marijuana on or about June 4, 2024.

Prob12C
Re: Villanueva-Garibay, Jorge
June 7, 2024
Page 3

|  |  |
|---|---|
|  | On June 7, 2024, Mr. Villanueva-Garibay called this officer and admitted to smoking marijuana prior to his arrest for DUI on June 4, 2024. |
| 6 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|  | **Supporting Evidence**: Mr. Villanueva-Garibay is considered to be in violation of his supervised release conditions by consuming alcohol on or about June 4, 2024. |
|  | On June 7, 2024, Mr. Villanueva-Garibay called this officer and admitted to consuming alcohol prior to his arrest for DUI on June 4, 2024. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 7, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

June 10, 2024
Date